IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   **08-cv-00309-AP**

**ROBERTA MAYER-SKAR,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| | |
|---|---|
| For Plaintiff: | Frederick W. Newall, Esq. |
| | 730 N. Weber, #101 |
| | Colorado Springs, Colorado 80903 |
| | (719) 633-5211 |
| | (719) 635-6503 (facsimile) |
| | newallfrederickw@qwestoffice.net |
| | |
| For Defendant: | Thomas H. Kraus |
| | Special Assistant United States Attorney |
| | |
| | *Mailing Address:* |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado  80294 |
| | |
| | *Street Address:* |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado 80202 |
| | (303) 454-0100 |
| | (303) 454-0404 (facsimile) |
| | Tom.kraus@ssa.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed:**     February 13, 2008
    **B.**     **Date Complaint Was Served on U.S. Attorney's Office:**     March 5, 2008
    **C.**     **Date Answer and Administrative Record Were Filed:**     May 5, 2008

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**     To the best of his knowledge, the record is complete. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**Defendant states:**  The Administrative Record appears to be complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that to the best of their knowledge, this case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    A. **Plaintiff's Opening Brief Due:** June 26, 2008
    B. **Defendant's Response Brief Due:** August 29, 2008
    C. **Plaintiff's Reply Brief (If Any) Due:** September 16, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**Plaintiff's Statement:** Plaintiff does NOT request oral argument.

**Defendant's Statement:** Defendant does NOT request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
    *Indicate below the parties' consent choice.*

    A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B. (**XX**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this  27th  day of  May, 2008

                                    BY THE COURT:

                                    ***S/John L. Kane***
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall<br>Frederick W. Newall, Esq.<br>730 N. Weber, #101<br>Colorado Springs, Colorado 80903<br>(719) 633-5211<br>(719) 635-6503 (facsimile)<br>newallfrederickw@qwestoffice.net<br><br>Attorney for Plaintiff | TROY A. EID<br>UNITED STATES ATTORNEY<br><br>Kevin Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/Thomas H. Kraus<br>By: Thomas H. Kraus<br>Special Assistant U.S. Attorney<br>Office of the General Counsel<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-1570<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |