IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **08-cv-309-AP**

**ROBERTA MAYER-SKAR**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

## ORDER

---

Kane, J.

Defendant's Unopposed Motion for Remand (doc. #16), filed September 11, 2008,

is GRANTED.

This civil action is remanded, pursuant to sentence four of 42 U.S.C. § 405(g), to the

Defendant for additional administrative proceedings as specified in Defendant's motion.

Dated:  September 15, 2008.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT