IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-309-AP**

**ROBERTA MAYER-SKAR**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

**ORDER**

Kane, J.

The Opposed Motion to Change Administrative Law Judge Upon Remand (doc. #19), filed September 17, 2008, is GRANTED over Defendant's objection.

This civil action, which was remanded on September 15, 2008 pursuant to sentence four of 42 U.S.C. § 405(g), for additional administrative proceedings shall be assigned to a new Administrative Law Judge.

Dated: September 19, 2008.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT