IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **08-cv-309-AP**

**ROBERTA MAYER-SKAR,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Motion for an Award of Attorney Fees Under 42 U.S.C. § 406(b), (doc. #24), filed August 24, 2010, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Plaintiff's attorney shall be entitled to receive, from Plaintiff's past due benefits, an amount of **$5,794.40** under 42 U.S.C. § 406(b) for representation in this Court; should adequate past-due fees have been previously released to fully satisfy this Order, the Commissioner shall pay said fees from Plaintiff's benefits and be reimbursed therefore.

Dated at Denver, Colorado, this 10th day of September, 2010.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT